THIS OPINION HAS NO PRECEDENTIAL VALUE.  
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS 
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Wesley E. Jarrell,       
Appellant.
 
 
 

Appeal From Mccormick County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2004-UP-405
Submitted April 21, 2004  Filed June 
 22, 2004 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Wesley E. Jarrell (Appellant) 
 entered an Alford [1] plea to a charge of assault and 
 battery of a high and aggravated nature (ABHAN).  He was sentenced to five years 
 in prison, which was to run consecutive to another sentence Appellant was already 
 serving.  
On appeal, counsel for Appellant has filed a final 
 brief along with a petition to be relieved as counsel.  Appellant has not filed 
 a pro se response.  After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.       
APPEAL DISMISSED. [2] 
GOOSLBY, HOWARD, and BEATTY, JJ., concur.

 
 [1]   North Carolina v. Alford, 400 U.S. 25 
 (1970).

 
 
 [2]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.